Norvell Moore, Plaintiff-Appellant, Billee B. Bolton, Plaintiff-Appellant, v. Hank Nichols and The Chicago Transit Authority, Defendants-Appellees.

Gen. No. 49,267.

First District, Second Division.

April 28, 1964.

LeRoy G. Charles, of Chicago, for appellants; William J. Lynch, William S. Allen, and Jerome F. Dixon, of Chicago, for appellee, Chicago Transit Authority, and Gillin and Owens, of Chicago, for appellee, Nichols. Opinion by JUSTICE BURKE. **Not to be published in full.**